UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESSELLE,

                              **Plaintiff,**

      - *against* -

COMMISSIONER,

                              **Defendant.**

**ORDER TO STRIKE**

20 Civ. 9876 (PED)

**PAUL E. DAVISON, U.S.M.J.:**

    The Clerk is directed to **STRIKE** Docket Nos. 23 and 24 from the docket, as these entries contain an error. The Clerk is directed to enter judgment on the basis of Docket No. 25.

Dated: June 8, 2022
       White Plains, New York

                                                SO ORDERED

                                                Paul E. Davison, U.S.M.J.