**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NATASHA DESSELLE,

                Plaintiff,                      20 **CIVIL** 9876 (PED)

    -v-                                        <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Corrected Decision and Order dated June 8, 2022, the Commissioner's motion is DENIED and plaintiff's motion is GRANTED. This case is REMANDED for further administrative proceedings consistent with the Decision and Order, pursuant to 42 U.S.C. § 405(g), sentence four.

**Dated:**  New York, New York
           June 9, 2022

                                                                        **RUBY J. KRAJICK**

                                                                        **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                                        **Deputy Clerk**